

United States Federal Building

And Courthouse

299 East Broward Boulevard

#108

Fort Lauderdale, Florida 33301

Randy Zapata

6905 N W 173rd Drive

Ste: O205

Hialeah, Florida 33015

## FORM 1.922 – SUBPEONA DUCES TECUM WITHOUT DEPOSITION

### REQUIRED DOCUMENTS

1) The name of the Representative in behalf of the USAA Dispute Department over my transaction dispute case number 20362447 for the amount of $548.40 submitted on 02/28/2022 and case number 20362449 for the amount of $401.40 submitted on 02/28/2022 including their personal financial records.
2) The ordering of their presence at hearing accompaniment of their records
3) The ordering of the presence at hearing by WestBow Press Publishing, Cameron Adamson – and it's Publishing Department represented by Joe Anderson and its Merchant Services Chargeback Department represented by Carlyne Smith-Account Specialist, Author Solutions and **Richard Gonzaga**; AUTHOR SATISFACTION GROUP; **WestBow Press** and their personal financial records alongside them.

In this case Mr. Joe Anderson the representative of the Publishing Department from The WestBow Press Publishing Company has openly admitted through a recorded telephonic line that he was unable to publish the Defendants Book due to certain publishing guidelines that had never been brought before the contract agreement and the WestBow Press Publishing debiting the two payments from the Defendants USAA account for $548.40 on 02/02/2022 and $401.40 on 02/02/2022. All of the above disclosed issues like the contract agreement signed by Author and current Defendant on 12/30/2021. None of these factors were disclosed prior to agreement as seen in copies of texts, and emails, nor on the recorded phone calls that can be disclosed through Discovery.

# Breach of Contract

## What is a Contract?

A contract is an agreement between two parties that is legally enforceable. Each party to a contract makes a promise to either perform a certain duty or pay a certain amount. If one party fails to act as promised, and the other party has fulfilled the duties under the contract, the other party is entitled to legal relief.

## Oral versus Written Contracts

Generally, both oral (spoken) and written contracts are legally enforceable. It is generally best, however, to write down the terms of the contract in case there is some dispute between the parties after the contract is formed. If the contract is oral, the parties to the contract may later remember different details about the contract terms, or forget certain terms entirely.

## What is a Breach of Contract?

A breach of contract is a failure to fulfill the duties under the contract terms. A contract can be breached in several ways:

- One party does not perform as he or she promised.
- One party does something that makes it impossible for the other party to perform the duties under the contract.
- One party makes it clear that he or she does not intend to perform the contract duties.

## Damages for Breach of Contract

When one party has breached the contract, the party who has performed is entitled to various remedies for the breach.

- **Consequential Damages**: This requires the breaching party to pay the non-breaching party an amount that puts the non-breaching party in the same position they would have been in if the contract was performed.
- **Punitive Damages**: Courts can force the breaching party to make a payment as a punishment for the breach.
- **Liquidated Damages**: The parties agree, at the time they make the contract, that if one party breaches the contract, the breaching party should pay a specified sum. Thus, this is an amount written in the contract.
  - **Nominal Damages**: This is a minimal amount provided to the non-breaching party if that party won the case but did not financially lose much.

## Other Remedies for Breach of Contract

# Form 1.922 - SUBPOENA DUCES TECUM WITHOUT DEPOSITION

Form 1.922 - SUBPOENA DUCES TECUM WITHOUT DEPOSITION

**(a) When Witness Has Option to Furnish Records Instead of Attending Deposition; Issuance by Clerk.**

SUBPOENA DUCES TECUM

THE STATE OF FLORIDA:

TO ....................:

YOU ARE COMMANDED to appear at .... in .... Florida, on .....(date)....., at ......(a.m./p.m.), and to have with you at that time and place the following: ....

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

If you fail to:

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

you may be in contempt of court. You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you must respond to this subpoena as directed.

DATED on ................

(Name of Clerk)

As Clerk of the Court

By _____

*DR. RANdy ZAPATA, PRose/PA, JP*
Attorney for .... *DR. RANdy ZAPATA*

## REMEDY

### PAIN AND SUFFERRING

a) WHEREFORE, Defendant respectfully requests that this Court grant this Motion, Set For Hearing and award PLAINTIFF costs and attorney's fees Hardship Monetary awards of $300,000.00 for Psychological Distress and $300,000.00 for 'Emotional Distress" and "Traumatic Distress" for $300,000.00. This is three of five categories and the added two will be submitted later in case.
b) SOCIAL ANXIETY DISORDER (SOCIAL PHOBIA) 300.23(F40.10
c) PANIC DISORDER 300.23(F41.0)
d) SOMATIC SYMPTOM AND RELATED DISORDERS (161)
e) DEPRESSIVE DISORDERS (93)
f) TRAUMA-AND STRESSOR-RELATED DISORDERS, REACTIVE ATTACHMENT DISORDER, 313.89 (F94.1)

Form 1.922 - SUBPOENA DUCES TECUM WITHOUT DEPOSITION

..6905 NW 173Rd DRive ; STE: 0205
Hialeah, Florida 33015..........................

Address

Florida Bar No. ..PRO se/PA, JD.......

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact [identify applicable court personnel by name, address, and telephone number] at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

(b) **When Witness Must Appear and Produce the Records; Issuance by Clerk.**

SUBPOENA DUCES TECUM

THE STATE OF FLORIDA:

TO: ..WestBow Press, LLC And USAA..........

YOU ARE COMMANDED to appear at .......... in .........., Florida, on .....(date)....., at ...... (a.m./p.m.), and to have with you at that time and place the following: ...........

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

If you fail to:

(1) appear or furnish the records at the time and place specified instead of appearing; or

(2) object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorney whose name appears on this subpoena, and unless excused from this subpoena by the attorney or the court, you must respond to this subpoena as directed.

DATED on ................

(Name of Clerk)

As Clerk of the Court

By _____

As Deputy Clerk

_____

Attorney for ...........................................

It follows that petitioner's application for appeal in forma pauperis should have been entertained by the District Court and that opportunity should now be given to that court to act on the application before the consideration of other questions which the petitioner seeks to raise here by his application for certiorari. We accordingly grant the motion to proceed in forma pauperis in this Court. We also grant the petition for certiorari, and remand the cause to the District Court for further proceedings in conformity to this opinion. So ordered.

Remanded with directions.

X _____
Dr. Randy Zápata, Prose/PA, JD

Westbow Press, LLC

1663 Liberty Drive

Bloomington, Indiana 47403

Randy Zapata

6905 N W 173rd Drive

Ste: O205

Hialeah, Florida 33015

Re: $548.40 submitted on 02/28/2022 and $401.40 submitted on 02/28/2022 into my USAA account

Dear Manager

I am writing to you to inform you of is happening here as I had previously discussed in a short disclosure. I am filing a Federal law suit and requesting the magistrate to make me Whole as far as the above mentioned amounts plus added interest on a compounded daily rate and plus Pain and Suffering award. The Charge is "Breach Of Contract" and "Contract Clause". This is to start and I will require the Magistrate to order Criminal Charges and release Arrest warrants.

X_____

Dr. Randy Zapata, Prose/PA, JD

Certified Number: 7021 1970 0001 6830 8825

Form 1.922 - SUBPOENA DUCES TECUM WITHOUT DEPOSITION

...............................................

...............................................

Address

Florida Bar No. .....................................

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact [identify applicable court personnel by name, address, and telephone number] at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

(c) **When Witness Has Option to Furnish Records Instead of Attending Deposition; Issuance by Attorney of Record.**

SUBPOENA DUCES TECUM

THE STATE OF FLORIDA:

TO ...JOE ANDERSON AND Richard GONZAGA...

YOU ARE COMMANDED to appear at .......... in .........., Florida, on .....(date)....., at ...... (a.m./p.m.), and to have with you at that time and place the following: ...........

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You may comply with this subpoena by providing legible copies of the items to be produced to the attorney whose name appears on this subpoena on or before the scheduled date of production. You may condition the preparation of the copies upon the payment in advance of the reasonable cost of preparation. You may mail or deliver the copies to the attorney whose name appears on this subpoena and thereby eliminate your appearance at the time and place specified above. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

If you fail to:

(1) appear as specified; or

(2) furnish the records instead of appearing as provided above; or

(3) object to this subpoena,

you may be in contempt of court. You are subpoenaed to appear by the following attorney, and unless excused from this subpoena by this attorney or the court, you must respond to this subpoena as directed.

DATED on .................

(Name of Attorney)

 casetext

3

Form 1.922 - SUBPOENA DUCES TECUM WITHOUT DEPOSITION

For the Court

_____

Attorney for ............................................

..............................................................

..............................................................

Address

Florida Bar No. .......................................

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact [identify applicable court personnel by name, address, and telephone number] at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

(d) **When Witness Must Appear and Produce the Records; Issuance by Attorney of Record.**

THE STATE OF FLORIDA:

TO *CAMERON ADAMSON AND Representative FROM USAA*

YOU ARE COMMANDED to appear at .......... in .........., Florida, on .....(date)....., at ...... (a.m./p.m.), and to have with you at that time and place the following: ...........

These items will be inspected and may be copied at that time. You will not be required to surrender the original items. You have the right to object to the production pursuant to this subpoena at any time before production by giving written notice to the attorney whose name appears on this subpoena. THIS WILL NOT BE A DEPOSITION. NO TESTIMONY WILL BE TAKEN.

If you fail to:

(1) appear or furnish the records at the time and place specified instead of appearing; or

(2) object to this subpoena,

you may be in contempt of court. You are subpoenaed by the attorney whose name appears on this subpoena, and unless excused from this subpoena by the attorney or the court, you must respond to this subpoena as directed.

DATED on ................

(Name of Attorney)

For the Court

_____

Form 1.922 - SUBPOENA DUCES TECUM WITHOUT DEPOSITION

Attorney for ..........................................

..............................................................

..............................................................

Address

Florida Bar No. ....................................

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact [identify applicable court personnel by name, address, and telephone number] at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Amended by 199 So.3d 867, effective 1/1/2017; amended by 131 So.3d 643, effective 1/1/2014; amended by 966 So.2d 943, effective 1/1/2008; amended by 682 So.2d 105, effective 1/1/1997; added by 391 So.2d 165, effective 1/1/1981; added by 211 So.2d 174, effective 10/1/1968.

*NOTE:*

*These forms are to be used for production of documents under rule 1.351. Form (a) is used when the person having the records may furnish copies to the attorney requesting the subpoena instead of appearing at the time and place specified in the subpoena and the subpoena is to be issued by the clerk. Form (b) is used when the records must be produced at the time and place specified in the subpoena and the subpoena is to be issued by the clerk. Form (c) is used when the person having the records may furnish copies to the attorney requesting the subpoena instead of appearing at the time and place specified in the subpoena and the subpoena is to be issued by an attorney of record. Form (d) is used when the records must be produced at the time and place specified in the subpoena and the subpoena is to be issued by an attorney of record.*

***Committee Notes***

*1980 Adoption. This form is new.*

*1996 Amendment. Forms (a) and (b) were amended and forms (c) and (d) were added to comply with amendments to rules 1.351 and 1.410.*

*2013 Amendment. The notice to persons with disabilities was amended to make the procedure for obtaining accommodation consistent with the procedure required in court proceedings.*



USAA

10750 McDermott Freeway

San Antonio, Texas 78288- 0544

Randy Zapata

6905 N W 173rd Drive

Ste: O205

Hialeah, Florida 33015

Re: Case number: 20362447 for the amount of $548.40 submitted on 02/28/2022and case number: 20362449 for the amount of $401.40 submitted on 02/28/2022

Dear Manager

I am writing to you to inform you of is happening here as I had previously discussed in a short disclosure. I am filing a Federal law suit and requesting the magistrate to make me Whole as far as the above mentioned amounts plus added interest on a compounded daily rate and plus Pain and Suffering award. Where USAA comes into play is in regards to the representative that handled the above dispute transaction from your Dispute Department. I am requiring the Magistrate to order your release of their name and order them to release their personal financial records as well as being present during the hearing scheduled.

X _____

Dr. Randy Zapata, Prose/PA, JD

CERTIFIED NUMBER: 7021 1970 0001 6830 8818

Dr. Randy Zapata•ProSe•PA JD
8905 NW 173rd Drive St. O205
Hialeah, Florida 33015
God Is With US As Our Protector

CERTIFIED MAIL

7021 1970 0001 6830 8801

United States Building And Courthouse
299 East Broward Boulevard
#108
Fort Lauderdale, Florida 33301

U.S. Marshal Service
X-RAYED
Post 2

Royal
TUE

1020
33301
R2305K131884-50

U.S. POSTAGE PAID
FCM LG ENV
HIALEAH, FL 33015
MAY 31, 22
AMOUNT
$8.96